Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  12–11253–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bliss Network Management, Inc
   PO Box 200
   Lakehurst, NJ 08733

Social Security No.:

Employer's Tax I.D. No.:
   22–3679869

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Michael B. Kaplan on:

DATE:              January 5, 2017
TIME:              10:00 AM
LOCATION:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:            $52,649.42
TOTAL DISBURSEMENTS:       $4,916.94
BALANCE ON HAND:           $47,732.48

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Catherine E. Youngman, Trustee

COMMISSION OR FEES
$5,882.47

EXPENSES
$93.60

The trustee's application to abandon the following property will be heard and acted upon:
None.

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: December 5, 2016
JJW: gan

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-11253-MBK
Bliss Network Management, Inc                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2              Date Rcvd: Dec 05, 2016
                            Form ID: 192             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
```
db           +Bliss Network Management, Inc,    PO Box 200,    Lakehurst, NJ 08733-0200
aty          +Forman Holt Eliades & Ravin LLC,    80 Route 4 East, Ste. 290,    Paramus, NJ 07652-2661
cr           +Empress Ambulance Service,    Attn: Matthew Minerva,    722 Nepperhan Ave.,
               Yonkers, NY 10703-2312
op            GEM Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
512694967    +Able Medical Transport,    PO Box 6837,    Bridgewater, NJ 08807-0837
512694968    +Alamo Ambulance,    ATTN: Schacher and Portnoy,    3490 US Route 1, Ste 6,
               Princeton, NJ 08540-5920
512694969    +American Ambulance Service, Inc.,    ATTN: CBHV,    PO Box 3495,    Toledo, OH 43607-0495
512694971   #+American Medical Response,    6200 S. Syracuse Way, Ste. 200,    Greenwood Village, CO 80111-4739
512694972    +Arrow Limousine Nationwide,    208 So. Pearl St.,    Red Bank, NJ 07701-1512
512694974    +Citywide Mobile Response,    1624 Stillwell Ave.,    Bronx, NY 10461-2214
512694966    +Emergency Medical Services,    3 Hook Rd.,    PO Box 672,    Rhinebeck, NY 12572-0672
512694975    +Empress Ambulance,    Att: Matthew Minerva,    722 Nepperhan Ave,    Yonkers, NY 10703-2312
512784556     GE Capital Retail Bank,    ATTN: Monarch Recovery Management, Inc.,    PO Box 21089,
               Philadelphia, PA 19114-0589
512694976    +Genser Dubow Genser & Cona, LLA,    225 Broad Hollow Road, Suite 200,    Melville, NY 11747-4899
512694977   #+Gertner Mandel & Peslak LLC,    PO Box 499,    Lakewood, NJ 08701-0499
512694978    +Hanover Insurance Group,    ATTN: Nudelman, Klemm & Golub,    425 Eagle Rock Ave.,
               Roseland, NJ 07068-1717
512694980     Horizon BC/BS of NJ,    3 Penn Plaza,    Newark, NJ 07105-2200
512936700    +Hunter Ambulette-Ambulance, Inc.,    40 Sheridan Blvd.,    Inwood, NY 11096-1817,
               Attn: Daniel Liebowitz, President
512936681    +Hunter EMS, Inc.,    40 Sheridan Blvd.,    Inwood, NY 11096-1817,
               Attn: Daniel Liebowitz, President
512694981    +Hunter EMS, Inc.,    Hunter Ambulette-Ambulance Inc,    c/o Fox Rothschild LLP,
               75 Eisenhower Pkwy, Ste 200,    Roseland, NJ 07068-1600
512694982     JCP&L,    2800 Pottsville Pike,    PO Box 16001,    Reading, PA 19612-6001
512694984    +KLP Management, LLC,    Hudson City Plaza,    8 Madison Ave.,    Toms River, NJ 08753-7510
512694983    +Kelley Johnson, Esquire, LLC,    PO Box 972,    Ocean Gate, NJ 08740-0972
512694986    +Lifeline Ambulance,    2593 West 13th St.,    Brooklyn, NY 11223-5812
512694988    +Lifestar N.Y.,    664 Blue Point Rd.,    Holtsville, NY 11742-1834
512694989     Lifestar, NJ,    657 Union Blvd.,    Holtsville, NY 11742
512694990     MAP Communications, Inc.,    PO Box 88030,    Chicago, IL 60680-1030
512694992     McElroy, Deutsch, Mulvaney & Carpenter,    PO Box 2075,    Morristown, NJ 07962-2075
512694993    +Midwood Ambulance,    2593 West 13th St.,    Brooklyn, NY 11223-5812
512694994    +NDP,    PO Box 672,    Rhinebeck, NY 12572-0672
512694995    +Pitney Bowes,    PO Box 371874,    Pittsburg, PA 15250-7874
512694997    +Print Masters,    1454 Bethlehem Plaza,    North Wales, PA 19454-1331
512694998    +Richmond County Ambulance,    1355 Caslteton Ave.,    Staten Island, NY 10310-1704
512694985    +Richmond County Ambulance Service, Inc.,    Kurt T. Richards, PC,    1200 South Ave.,    Suite 201,
               Staten Island, NY 10314-3424
512694999     Sills Cummis & Gross,    One Riberfront Plaza,    Newark, NJ 07102-5400
513885352     Sills Cummis & Gross P.C.,    One Riverfront Plaza,    Newark, NJ 07102
512695000     Verizon,    PO Box 920041,    Dallas, TX 75392-0041
512695001     WB Mason Company, Inc.,    PO Box 981101,    Boston, MA 02298-1101
512695002    +Windham Professionals, Inc.,    382 Main St.,    Salem, NH 03079-2412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 23:18:03      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 23:17:57      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
acc          +E-mail/Text: kdegraw@withum.com Dec 05 2016 23:17:32      Withum Smith & Brown, P.C.,
               465 South Street,    Suite 200,    Morristown, NJ 07960-6439
512694973    +E-mail/Text: bankruptcy@affglo.com Dec 05 2016 23:18:05      Capital One Bank (USA) NA,
               c/o Leading Edge Recovery Solutions LLV,    5440 N Cumberland Avenue, Ste 300,
               Chicago, IL 60656-1486
512694991    +E-mail/Text: bknotices@mbandw.com Dec 05 2016 23:18:21      McCarthy, Burgess & Wolff,
               26000 Cannon Rd.,    Cleveland, OH 44146-1807
512784555    +E-mail/Text: cop@santander.us Dec 05 2016 23:17:47      Sovereign Bank,    450 Penn Street,
               Reading, PA 19602-1011
                                                                                               TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           ##+Sills Cummis & Gross P.C.,    650 College Road East,    Princeton, NJ 08540-6603
512694970    ##+American Medical Response,    c/o Park Ambulance Services,    930 Flushing Avenue,
               Brooklyn, NY 11206-4600
512694979    ##Home Depot Credit Services,    PO Box 183175,    Columbus, OH 43218-3175
512694987    ##+Lifestar N.J.,    657 Union Blvd.,    Totowa, NJ 07512-2418
512694996    ##+Primary Care Ambulance,    402 Brielle Ave.,    Staten Island, NY 10314-6427
513889555    ##+Sills Cummis & Gross P.C.,    650 College Road East,    Princeton, NJ 08540-6603,
               Attn: Valerie A. Hamilton, Esq.
```

```
District/off: 0312-3           User: admin              Page 2 of 2             Date Rcvd: Dec 05, 2016
                               Form ID: 192             Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 0, * 0, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
```
          Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman    cyoungman@formanlaw.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman    on behalf of Other Prof.    GEM Recovery Systems
           cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman    on behalf of Accountant    Withum Smith & Brown, P.C.
           cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          David Wolff     on behalf of Debtor    Bliss Network Management, Inc dwtrustee@verizon.net
          Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
           cbrown@foxrothschild.com
          Valerie A. Hamilton    on behalf of Creditor    Sills Cummis & Gross P.C. vhamilton@sillscummis.com
                                                                                             TOTAL: 7
```